UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20242-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MEGHANA RAJADHYAKSHA,

    Defendant.

_____/

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") for entry of a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. Being fully advised in the premises and based on the United States' Motion for Preliminary Order of Forfeiture, and Memorandum of Law in Support Thereof, the record in this matter, and for good cause shown thereby, the Court finds as follows:

On April 30, 2019, the United States filed a Four-Count information against Meghana Rajadhyaksha ("Defendant") charging her with mail fraud and sale of stolen goods, in violation of 18 U.S.C. §§ 1341 and 2315. Information, ECF No. 13.

The Information further alleged that, upon a conviction of a violation of 18 U.S.C. § 1341 or 2315, as alleged in Counts One through Four of the Information, the Government would seek to forfeit any property, real or personal, which constitutes or is derived from proceeds traceable to said violations and any property traceable to such property. *Id.* at Page 5.

On May 31, 2019, Defendant pled guilty to violations of 18 U.S.C. § 1341 and 2315, as alleged in Counts One through Four of the Information, and agreed to forfeit all of her right title and interest in the following (collectively, "Subject Property"):

a. Balenciaga Leather Papier Large Tote with expandable side;

b. Balenciaga Leather Papier Large Tote with expandable side;

c. Balenciaga Medium Leather Tote;

d. Bottega Veneta Large Metallic Woven Nappa Hobo;

e. Bottaga Veneta Knot Clutch Soft Nappa Leather with Twist;

f. Bottaga Veneta Premium Nappa Leather w/Checkered Strap;

g. Celine Leather Tote;

h. Celine Leather Satchel;

i. Chloe Leather Faye Small Shoulder Bag;

j. Chloe Leather Nile Small Bracelet Bag;

k. Chloe Made in Spain Faye Small Shoulder;

l. Dolce & Gabbana Doce Box Bag in Nappa Leather;

m. Dolce & Gabbana Welcome Bag with Painted Flowers;

n. Dolce & Gabbana Logo Stamp Weekender;

o. Fendi Tote;

p. Fendi Kan I Pearl Chain Strap;

q. Fendi Kan I Whipstitch Chain Strap;

r. Fendi Tote;

s. Fendi Convertible Crossbody Clutch with chain;

t. Fendi Convertible Crossbody Clutch;

u. Fendi Mini Zaino Backpack;

v. Fendi Leather Crossbody;

w. Fendi Kan I Small Rafia Zucca Crossbody;

x. Fendi Leather Crossbody;

y. Fendi Kan I Shoulder;

z. Fendi Leather Crossbody;

aa. Fendi Kan I Calf Liberty Threading Ribbon Mix Color;

bb. Fendi Runaway Bag;

cc. Fendi Shoulder bag/Wallet on a chain;

dd. Fendi Kan I Liberty Crossbody;

ee. Givenchy Leather Medium Roy Bag;

ff. Givenchy Leather Medium Sway Bag;

gg. Givenchy Small Antigona in Grained Leather;

hh. Givenchy Leather Medium Sway Bag;

ii. Givenchy Small Antigona;

jj. Gucci Marmont small top handle;

kk. Gucci Small Marmont Shoulder Bag;

ll. Gucci Interlocking Leather with Chain;

mm. Gucci Logo Pattern Backpack;

nn. Gucci Backpack;

oo. Gucci Leather Padlock;

pp. Saint Lauren Leather Medium Canvas Sac De Jour;

qq. Saint Laurent Classic Baby Sac;

  rr. Saint Laurent Sac De Jour Baby in Grained Leather;

  ss. Saint Laurent Leather Satchel;

  tt. Saint Laurent Sac De Jour Small in Crocodile Suede;

  uu. Saint Laurent Leather Medium Sac De Jour Tote;

  vv. Saint Laurent Leather Sac De Jour Small Carryall;

  ww. Saint Laurent Small Sac De Jour Embossed Calf Skin;

  xx. Valentino Candystud Crossbody chain bag;

  yy. Valentino Leather Medium Candystud Shoulder;

  zz. Valentino Leather Candystud Cross Body;

  aaa. Valentino Small Rockstud Metallic Polymer Spike Chain;

  bbb. Valentino Rockstud Leather Chain Bag;

  ccc. Valentino Medium Rockstud Spike Chain Metallic;

  ddd. Valentino Rockstud Spike velvet shoulder bag;

  eee. Valentino Leather Backpack;

  fff. Valentino Large Leather Rockstud; and

  ggg. Valentine Small Quilted Leather.

Plea Agreement, ECF No. 22 at ¶ 1, Page 1, ¶¶ 8-9 Page 4-7.

Defendant further agreed to the entry of a forfeiture money judgment in the amount of $10,806.25. *Id.* at Paragraph ¶ 12, Page 7-8.

According to the Defendant's Factual Proffer, from in or around November 2017 through in or around March 2018, the Defendant ordered 69 luxury handbags on T.J. Maxx's e-commerce website, www.tjmaxx.com. Factual Proffer, ECF No.20, at Page 1. When Defendant received the handbags, she removed the T.J. Maxx tags and affixed them to other non-luxury handbags not sold

under the T.J. Maxx order numbers. *Id.* at Page 2. The Defendant then returned the non-luxury handbags to T.J. Maxx, and T.J. Maxx issued the Defendant refunds. *Id.*

On April 9, 2019, law enforcement seized 59 of the 69 luxury handbags from the Defendant's residence. *Id.* at Page 3. The Defendant sold the remaining 10 handbags through an online consignment company and earned $10,806.25 in commission for these sales. *Id.*

**THEREFORE**, the United States' Motion for Preliminary Order of Forfeiture is **GRANTED**, and it is hereby **ORDERED** that:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $10,806.25 in U.S. currency is hereby entered against the Defendant.

2. The following property is hereby forfeited:

    a. Balenciaga Leather Papier Large Tote with expandable side;

    b. Balenciaga Leather Papier Large Tote with expandable side;

    c. Balenciaga Medium Leather Tote;

    d. Bottega Veneta Large Metallic Woven Nappa Hobo;

    e. Bottaga Veneta Knot Clutch Soft Nappa Leather with Twist;

    f. Bottaga Veneta Premium Nappa Leather w/Checkered Strap;

    g. Celine Leather Tote;

    h. Celine Leather Satchel;

    i. Chloe Leather Faye Small Shoulder Bag;

    j. Chloe Leather Nile Small Bracelet Bag;

    k. Chloe Made in Spain Faye Small Shoulder;

    l. Dolce & Gabbana Doce Box Bag in Nappa Leather;

m. Dolce & Gabbana Welcome Bag with Painted Flowers;

n. Dolce & Gabbana Logo Stamp Weekender;

o. Fendi Tote;

p. Fendi Kan I Pearl Chain Strap;

q. Fendi Kan I Whipstitch Chain Strap;

r. Fendi Tote;

s. Fendi Convertible Crossbody Clutch with chain;

t. Fendi Convertible Crossbody Clutch;

u. Fendi Mini Zaino Backpack;

v. Fendi Leather Crossbody;

w. Fendi Kan I Small Rafia Zucca Crossbody;

x. Fendi Leather Crossbody;

y. Fendi Kan I Shoulder;

z. Fendi Leather Crossbody;

aa. Fendi Kan I Calf Liberty Threading Ribbon Mix Color;

bb. Fendi Runaway Bag;

cc. Fendi Shoulder bag/Wallet on a chain;

dd. Fendi Kan I Liberty Crossbody;

ee. Givenchy Leather Medium Roy Bag;

ff. Givenchy Leather Medium Sway Bag;

gg. Givenchy Small Antigona in Grained Leather;

hh. Givenchy Leather Medium Sway Bag;

ii. Givenchy Small Antigona;

jj. Gucci Marmont small top handle;

kk. Gucci Small Marmont Shoulder Bag;

ll. Gucci Interlocking Leather with Chain;

mm. Gucci Logo Pattern Backpack;

nn. Gucci Backpack;

oo. Gucci Leather Padlock;

pp. Saint Lauren Leather Medium Canvas Sac De Jour;

qq. Saint Laurent Classic Baby Sac;

rr. Saint Laurent Sac De Jour Baby in Grained Leather;

ss. Saint Laurent Leather Satchel;

tt. Saint Laurent Sac De Jour Small in Crocodile Suede;

uu. Saint Laurent Leather Medium Sac De Jour Tote;

vv. Saint Laurent Leather Sac De Jour Small Carryall;

ww. Saint Laurent Small Sac De Jour Embossed Calf Skin;

xx. Valentino Candystud Crossbody chain bag;

yy. Valentino Leather Medium Candystud Shoulder;

zz. Valentino Leather Candystud Cross Body;

aaa. Valentino Small Rockstud Metallic Polymer Spike Chain;

bbb. Valentino Rockstud Leather Chain Bag;

ccc. Valentino Medium Rockstud Spike Chain Metallic;

ddd. Valentino Rockstud Spike velvet shoulder bag;

eee. Valentino Leather Backpack;

fff. Valentino Large Leather Rockstud; and

    ggg. Valentine Small Quilted Leather.

3. An agent of the United States Secret Service, or any duly authorized law enforcement official, shall as soon as practicable, seize the property ordered forfeited herein pursuant to 21 U.S.C. § 853(g) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

4. The United States shall send and publish notice of the forfeiture in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure;

5. The United States is authorized, pursuant to Rule 32.2(b)(3), (c)(1) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m), to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property or in order to expedite ancillary proceedings related to any third-party petition;

6. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant and shall be made part of each of her sentence of and is hereby incorporated by reference in the judgment and commitment orders issued in this case; and

7. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

8. It is further **ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture as to the property in which all interests will be addressed. If no claims are filed within sixty (60) days of the first day of publication or within thirty (30) days of receipt of actual notice, whichever is earlier, then, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, this Order shall become a Final Order of Forfeiture and an official of the Drug Enforcement Administration, or any duly authorized law enforcement official, shall dispose of the property in accordance with applicable law.

**DONE AND ORDERED** in Miami, Florida, this _90_ day of July 2019.

*[signature]*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Nicole Grosnoff, Assistant U.S. Attorney (2 certified copies)