IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CR-20242-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MEGHANA RAJADHYAKSHA,

    Defendant.
_____/

## NOTICE OF FILING

COMES NOW the Defendant, MEGHANA RAJADHYAKSHA, by and through undersigned counsel, and respectfully submits the attached Composite Exhibit "A"- Character Letters for the Court's consideration in advance of her sentencing on July 25, 2019.

    Respectfully submitted,

**MASE MEBANE & BRIGGS, P.A.**
*Attorney for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080

By: */s/ Christopher G. Lyons*
CHRISTOPHER G. LYONS
Florida Bar No.: 985457
clyons@maselaw.com
carbelaez@maselaw.com
filing@maselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF upon all counsel of record.

                                                              By:    */s/ Christopher G. Lyons*
                                                                                  CHRISTOPHER G. LYONS

/#29