# Composite Exhibit "A" – Character Letters

1) **Letter from Christine Winter, M.D.**
2) **Letter from Juliana Krys**
3) **Letter from Paul C. Fatigate**
4) **Letter from Mariana Cardenas**
5) **Letter from Catherine Anne Markert**
6) **Letter from Rev. Jorge Sayago-Gonzalez**
7) **Letter from Suzy Buckley Woodward**
8) **Letter from Yasser Khan**
9) **Letter from Molly Brown**
10) **Letter from Xavier Cossard**
11) **Letter from Katrina Lulgjuraj**
12) **Letter from Rita Cohen**
13) **Letter from Amar Rajadhyaksha**
14) **Letter from Ben Sharkey**
15) **Letter from Cristina Ventura**
16) **Letter from Asha Elias**

To whom it may concern,

I met Meghana Rajadhyaksha in August 2017 after we moved to Miami from Switzerland and our children started going to school in St. Stephen´s Episcopal Day School.

Meghana was the room parent in my daughter´s class and helped us a lot with the transition to the new school and did everything to make us feel welcome.
She organized a family picnic to help our children to make new friends in their school.
I was impressed by her warm and friendly personality and her desire to connect and support others.

As a room mum in our class she spent so much time and energy to organize field trips, parties, special events for the children etc. She supported the students, teachers and families in every way she could and I respect her for all the work she did for our class. She organized a heartwarming "Kindness-Dance" for the children that was one of my highlights of the school year. I admire her for the love and passion that she puts in everything she does.

Meghana and I became close friends in the last year. We had countless conversations about parenthood, families, relationships, education, beliefs, our hopes for the future and so much more. I trust her 100% and she never disappointed me as a friend. I truly value her opinion when I face a difficult situation and I can always count on her when I need support.

Meghana is a wonderful mother to her children and sets an example for all parents to bring out the best in our children. Her children shine bright academically and socially in the school community. In my career as a pediatrician I have met a lot of families, but rarely a family that impressed me more than the Rajadhyakshas.

Meghana and her husband Amar proofed to be very good friends in a time of need.
When my brother had a terrible bike accident and suffered from severe injuries.
They helped us to find the best medical treatment, to organize diagnostic testings, surgery and the communication with the hospital and health insurance.
Their support in this difficult time was priceless for us and represents the type of very good people they are.

Our whole family is very grateful and we feel blessed to have friends like Meghana, Amar, Vinay and Saya Rajadhyaksha in our lives. And I know that there are many others that feel the same way.

22nd of April 2019

Dr. Christine Winter, MD
FMH Swiss Pediatrician
Health and Family Coach

100 South Pointe Drive 2801
Miami Beach FL 33139
305/7441856
Tine-winter@web.de

April 29, 2019

To whom it may concern:

I have known Meghana for close to four years. We met while working together on the auction committee for Wine, Women and Shoes benefiting Nicklaus Children Hospital.   She was an integral part of procuring auction items and raising funds for the event.  During my time working with her, she was diligent, honest and responsible.  Through the fund-raising work that impacts so many lives in a positive way, I have seen her leadership qualities and her caring character towards her family and the community.

Meghana is a loving mom to her two children and dog and is always caring, responsible and attentive to her family while juggling her commitments to charitable causes.  She is an important member of our Community and has had an enormous positive impact.


Sincerely,


Juliana Krys

To The Honorable Judge Ungaro,

      My name is Paul Fatigate, and I feel led to share with you my personal experience and opinion of who I know Meghana Rajadhyaksha to be.  Not only was she a colleague of mine, but also a friend.  In 2009,  Meghana and I worked together in the medical device industry.  I had the opportunity to work with her directly and collaborate on a daily basis.  Over time, we built a trust that ultimately led to friendship.  In December of 2009 I was married less than one year, when I suffered a serious car accident that was caused by a seizure.  I was rushed to the hospital and days later, diagnosed with a possible life threatening brain tumor in my left temporal lobe.  I was at Jackson Memorial Hospital for several days going through a litany of tests and scans. Meghana and her husband Amar chose to stay close by my bedside and help support my family in anyway they could.  It was so comforting to know just how much Meghana truly cared for my wife and I.  I am forever grateful to Meghana and Amar for showing me so much love and support during that tough time.  I am happy to say that after two brain surgeries, I am now 42 years old, married with two wonderful children and in good health.  I'm blessed to have so many great friends that prayed for me and were there for me at a time I was not sure I'd even make it.  This is just one example of Meghana's character.  Above all, she is a wonderful friend, amazing mother, a loving wife and cares deeply for the community.

Respectfully,

Paul C. Fatigate

Honorable Judge Ungaro

Dear Judge Ungaro,

I met Meghana Rajadhyaksha in January of 2018 when I had recently moved to Miami. Early on, we commiserated about the neighborhood and our love of dogs.

I was early into my pregnancy when we met and Meghana patiently answered all my pregnancy questions. When I shared that I was an avid reader, she offered to lend me her pregnancy and motherhood books after only having known me for a couple of days. I was pleasantly surprised when a day or two after made the offer, she went through the trouble of dropping a bag with all the books in my home. It was at least a dozen books. When I offered to give them back once I was through with them, she simply said that I should pay it forward and share them with future mamas. Lending me those books and taking the trouble to drop them off was a very thoughtful and generous gesture from someone I had recently met. It is an example of Meghana's generosity and good nature.

Once I had my daughter, Meghana was quick to congratulate me, offer support or advice, and made herself available to answer my many motherhood questions. She has proven to be a friend I can count on and I value and appreciate her friendship.

Best regards,

Mariana Cardenas

The Honorable Judge Ungaro,

I have know Meghana Rajadhyaksha as a personal friend for a couple of years. We met through friends at our children's school St. Stephens Episcopal Day School. We quickly became friends.

I have spent a good bit of time with Meghana and her husband and children. She is an extremely loving wife and mother. I can honestly say that I have never known such sweet and loving children. They are perfectly behaved and polite. I know there mother Meghana has dedicated herself to these children, and it is apparent that she is doing a great job.

When I have gone through tough moments like the sudden death of my family dog, Meghana was the first friend to comfort me and to continue to reach out even much after the loss. She has a good heart. I am so sorry she is in this situation, and I know she is suffering. I can't emphasize enough how loving Meghana has been to me personally and especially to her family. I hope and pray for a positive outcome for Meghana.

Thank you for your time and consideration, Catherine Anne Markert

Monday, May 23, 2019

To the Honorable Judge Ungaro,

My name is Jorge Sayago-Gonzalez, I am the chaplain at St. Stephen's Episcopal Day School, where the Rajadhyaksha family children attend school.

Through this letter, I would like to share my experience with the Rajadhyaksha family, more specifically, Mrs. Meghana.

I have known Mrs. Meghana as a parent at our school for the past 4 years. Last year she, along with her husband (Dr. Amar), kindly gave a presentation to our students about their cultural and religious background. This presentation was very well received by our students and was a wonderful gift to our school community. In addition, Vinay, the oldest son, is currently a student council representative. He has done a phenomenal job in this position, showing dedication, responsibility, and a helpful disposition.

In my experience, Meghana and Amar are committed parents who want the best for their children. When I think of Vinay and Saya, (the Rajadhyaksha children), I see two wonderful, loving, and bright students. I think it is fair to say, their attributes and behavior are a reflection of the values taught at home.

Although, I am saddened to learn about these recent events, it is my hope that this experience will serve as an opportunity for growth.

Sincerely,


Rev. Jorge Sayago-Gonzalez

The Honorable Judge Ungaro
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

Dear Judge Ungaro,

I have known Meghana for four years, and we've not only traveled together as friends socially, but have served on various committees together in the Miami charity world, including the Women of Tomorrow Rosé Day fundraiser, and Nicklaus Children's Hospital's Wine, Women & Shoes fundraiser. She's a very caring, thoughtful individual who is a loving, devoted mother to her two children, as well as a loving, devoted wife to her husband.

The first thing she asked me when her alleged crime came to light was, "How can I turn this into something positive, what can I do to move forward and move past this?" She was immediately interested in righting any wrongs and getting back on the right track.
I understand that she has been through some emotional and physical challenges the past several years, including the death of her father, two difficult pregnancies and a miscarriage. I think that she was probably not in the best frame of mind and perhaps even dealing with a chemical imbalance when the alleged misguided schemes were allegedly concocted.

I'll never forget a few years ago, when I was having horrible stomach pains during my own birthday party. She left the party immediately and walked to Walgreens to get me medicine! I told her over and over how nice that was, as it was super inconvenient for her to have to leave the dinner, and she really went out of her way to make me comfortable. On another occasion, she and her husband kindly wrote me a letter of recommendation to try to help my daughter be admitted to a private school I was hoping she would attend. They are both great people who are willing to help and make the world a better place. I think people deserve second chances, and hope you will consider giving her a little room to grow in this situation.

I think that the embarrassment of the media was probably punishment enough, and I am quite sure she will never deviate from the right path again.

Thank you for your consideration,

Suzy Buckley Woodward
300 South Pointe Drive
#4004
Miami Beach, FL  33139
305-926-6126
suzybuckley@gmail.com



I wholeheartedly support my longtime friend, Meghana Rajadhyaksha, and can confirm that she has been nothing short of exemplary in her capacity as a friend, wife, mother, and pillar of our community.

Our relationship goes back over 20 years, and during that time, I have seen Meghana go out of her way to lend a hand to those in need, demonstrate uncommon compassion for those less fortunate, and enthusiastically support dozens of charitable causes.

While none of us are perfect, Meghana is someone who immediately comes to mind as being awfully close. She has always been a hard worker, held herself to the highest standards personally and professionally, sought to uplift others, and make her community a better place.

Indeed, during various low points in my own life, where I may have exercised poor judgment or made a mistake, Meghana has been someone whom I can lean on for advice, guidance, and friendship.

Sincerely,
Yasser


Yasser Khan
Executive Director
Eastern Michigan University

June 7, 2019

Dear Honorable Judge Ungaro,

I am writing a very sincere character reference letter for Meghana Rajadhayaksha. I have known Meghana for the past four years. In that time, she has been an exemplary mother who devotes all of her love and time into her two young children, Vinay and Saya. This year, I had the privilege of teaching Vinay in the second grade. He is a joyful, hard-working, and well-adjusted little boy. He shares stories with the class about his passion for Kumon, baseball, and happy times amongst family.

Meghana has invested numerous hours volunteering at school. In the time that I have known her, she has been in the Gala committee, a mentor for incoming families, a room-mom in first grade, she spearheaded the costume drive for The Children's Home Society, volunteered at our annual Art Fair, and worked on packing meals for the homeless. She does all of this work with a smile on her face.

Meghana is a compassionate, caring, and supportive mother who has instilled strong values in her children. This past year, I have witnessed Vinay be kind, fair, considerate, and extremely well mannered to everyone around him. Please do not hesitate to contact me if you have any questions.

Sincerely,

Molly Brown

Grade 2 Teacher

305.992.8744

June 8, 2019

Dear Honorable Judge Ungaro,

      I met Meghana and Amar Rajadhayaksha about nine years ago when they first moved to Miami. They had met my father that summer while traveling and he was extremely eager to introduce us since I was also just settling into Miami and did not really know anyone. It was friendship love-at-first-sight and we've been close friends since.

      In many ways, I owe my newfound happiness to my friendship with Amar and Meghana. My wife and I were recently blessed with our soon to be four-month old baby girl. For much of my Miami life, I oscillated between wanting the freedom of a single man and a yearning for a family life. Watching Meghana diligently build the emotional and structural foundation of her family, and then ultimately her family itself, inspired me to make what I consider the best choice of my life. Although there are multiple reasons I ended up where I am, I'm certain that Meghana's gentle encouragement and support over many dinners, coupled with seeing first-hand how incredibly rewarding building a family could be, are primary drivers of the road I've chosen.

      Another particularly noteworthy incident in my life involving Meghana was when I had my appendix removed five or so years ago. Since becoming friends, Amar has become my health advisor, and aside from when I stub my toe, gets a call from me anytime I have a health issue. The day of my appendix, I called Amar telling him I had terrible pain in my gut on the side. He instructed me to come over and knew right away that I needed to have my appendix removed but was stuck at home for a work deadline. Meghana insisted to drive me to the hospital and stay with me until my surgery. When I came to the next day, she was there by my side to help me. It's just who she is.

      Meghana is a wonderful friend, mother, and wife, and remains a source of inspiration as I embark on building my family. Please let this letter serve as a character reference for who she truly is, and always has been. Please feel free to contact me if you have any further questions.

Sincerely,

Xavier Cossard

305-807-8033

Honorable Judge Ungaro,

I have known dear Meghana Rajadhyaksha for at least 15 years. I have so many wonderful stories I wouldn't know where to begin or how to make you understand how much I Love this woman! We have a close knit group of friends when Meghana moved to New York City we were so sad but very excited for where life would take her. She wasn't scared or nervous she left confident and ready to take on the city. She's always been a hard worker and professional. She met a whole new group of amazing people and she joined all of us together in long lasting relationships. She always included everyone and made sure we were all taken care of! Like the mom in the group! On a personal level I'm a larger girl - I don't look like the rest of the NYC or Miami crew I always stood out! Meghana has always been my cheerleader! I got Gastric banding to lose weight and it was an exhausting time for me! She checked on me constantly - motivated me and kept my spirits up the whole way! This weight thing may not seem like a big deal to many but to me this is a huge insecurity in my life and I struggle everyday! And this woman has always raised me up told me I was amazing either way- kept me going and I have always felt supported by her and her husband. She is an amazing soul- a nurturing spirit and has always showed everyone respect. Everyone makes mistakes in life and no matter what I support and love her and pray you all will see that this is a good person- friend- daughter - wife and most importantly the best mother!

Sincerely,
Katrina Lulgjuraj

Rita Cohen
6917 Valencia Drive
Fisher Island, Florida 33109


June 17, 2019


RE: Meghana Rajadhykasha


To The Honorable Judge Ungaro,

I am deeply humbled to have been asked to write this letter for Meghana Rajadhyaksha. Meghana and I have been close friends for the past seven years. We met through her husband, Dr. Amar Rajadhykasha, as he operated on my husband at that time. A friendship ensued and we have spent births, weddings, birthdays, anniversaries, deaths, and a close family relationship on both of our sides. I have only known Meghana to be a dedicated and loving wife, mother, daughter, and friend, as well as a charitable and upstanding figure in this community. Meghana's offense was quite unexpected to say the least.

Meghana has shared with me her personal struggles with the loss of a baby, loss of a father, depression and isolation. These events in her life have been life altering, which I can only surmise has played a role in this error in judgement. She has been extremely remorseful and is committed to working with a therapist to deal with the issues that have potentially lead her down this path. I know who Meghana Rajadhykasha is and this is completely out of character for her. I have every confidence that Meghana, with professional help and the proper tools and skills, will right this wrong and go on to live an honest and productive life once again. As well as, be the upstanding, confident, and caring young woman i know her to be.

Meghana is a kind, giving, and loving young woman. She is committed to moving past this mistake in a very successful manner. I hope that this letter regarding Meghana Rajadhykasha will act as a positive contribution when the court considers this case. Thank you for the opportunity to consider my words.

Sincerely,


Rita Cohen

June 23, 2019

To the Honorable Judge Ungaro,

     I am writing this letter on behalf of my wife, Meghana Rajadhyaksha. This has been the most difficult time of my entire life, and our life together. The situation has brought about so many conflicting emotions and has tested our strength as a couple and family.

     I met Meghana in 2005, when we were living in New York City. From the moment I met her, I knew that she was the woman who I wanted to be my wife and the mother of my children. When we were first dating, I saw the way that she treated her family, her friends, and anyone with whom she came in contact. She treated them with love, kindness and respect. I thought that if she treated everyone else like that, I couldn't imagine how she would treat her husband and her children. We got engaged within three months of meeting each other and got married soon thereafter.

     She has always been an independent woman. When I met her, she had loving and supportive friends and family. She had a successful career and she was a strong woman. We left New York City in 2009 and came to Miami. Soon after our move to Miami, she became pregnant. She had a very difficult pregnancy, filled with nausea and vomiting. Being new to Miami, we did not have a support system. Unfortunately, I was building my practice at that time, and I was not there as much as I should have been. After the birth of our first child, we soon became pregnant again. Meghana carried that baby for three months (accompanied by severe nausea and vomiting again) and then had a miscarriage. This was devastating for her. At the time, the only thing that would make her feel somewhat better was to get pregnant again. We started trying right away. When she became pregnant again, she started to cry, as she was so afraid of going through another pregnancy. The third pregnancy was worse than the prior two. She was so sick that she was not able to eat or drink. I used to give her IV fluids at home. During this time, her father was misdiagnosed and then diagnosed with colon cancer. With a two-year-old and a newborn, she drove every weekend to northern Florida to watch her father suffer until his death. She felt cheated. In the ensuing months and years, she became more and more withdrawn. As her husband, I didn't analyze her. I didn't notice how she was changing. Coming from a conservative Indian background, there was a significant stigma associated with mental health issues, so she never brought up her feelings or asked for help.

As a doctor, I am embarrassed that I didn't see the signs of her depression. She was withdrawn. She had insomnia. She didn't eat. She became anti-social. These are all signs of depression that I missed. As her husband, I am ashamed, as I just thought she was moody. I thought that we all have good days and bad days. I wish I could go back in time and give her the support that she deserved and got her the help that she so desperately needed. Over the past few months, she has received professional help from Dr. Singer. She is on medication and is motivated to heal. I have seen such a remarkable difference in her with just a few months of therapy and the appropriate medications. She has acknowledged her mistakes and I assure you that she will never make them again.

Personally, the situation has put a significant stress on our relationship as a couple and family. The embarrassment and shame we feel has made it difficult to leave the house at times. But, we are working through this, with Dr. Singer's help, to continue to love and support each other in this difficult time. My medical practice has also been significantly impacted. Since this incident, I have seen referrals and revenue substantially decrease. But no matter how bad I feel, it will never compare to the guilt and remorse that Meghana feels.

I know my wife. If given the chance, she will continue to seek help and improve her mental well-being. She will continue to work to be that strong, positive woman that I fell in love with in 2005. I will always love her and support her. She is a loving and caring wife. More importantly, she is a devoted, dedicated, and amazing mother. I have two smart, considerate, and kind children. This is only because of the time and effort that Meghana has put into them.  Meghana is the "glue" that holds this family together. Without her, we would fall apart.

Thank you so much for your consideration.

Respectfully yours,

Amar Rajadhyaksha

Mobile: 914-393-7221

Ben Sharkey<br>
1840 Vinsetta Blvd. Royal Oak, MI 48073 + 313.999.1112 + bensharkey@gmail.com

June 21st, 2019

The Honorable Judge Ungaro,
clyons@maselaw.com

My name is Ben Sharkey, I'm a Senior 3d Artist and a Singer / Songwriter in Detroit Michigan. I've known Meghana since 2002, We were introduced by a good friend of mine and we've been great friends since. When she lived in Detroit, our group of friends were inseparable then, and over the years, we established a bond that has endured the test of time and distance. We have unconditional love for each other because she is such a positive, loyal, and loving person and I'm lucky to be able to call her a friend. When Meghana found her amazing husband Amar in NYC, my partner Zak, and I carried Meghana to the altar in her traditional Indian wedding. Zak and I are the godfathers of her dog Sasha. Meghana, and her husband Amar, are godparents to our beloved dog Winston. Meghana is a very nurturing person and loves her dog like a child and being a godfather is a great honor.

Meghana has always been a very strong, confident person and as much as she is independent, she is also very empathetic and nurturing. I remember when I had an appendectomy, Meghana would bring me food, and try to comfort me as much as possible. The wound became infected because of some neglect from the hospital and as uncomfortable as it was, she helped clean and dress the open wound for a week, as it had to heal from the inside out. It left a pretty gnarly scar, but to me it represents a kind gesture from a true friend. Not a lot of friends would do that. She remained strong when most people would find it appalling. She never questioned it, she was there for me. Meghana has many great qualities; loyalty, honesty, empathy, generosity. These are the qualities that are unwavering in Meghana.

These qualities from Meghana's youth carried into her adulthood, as a wife, a mother, a daughter, a friend and a philanthropist. Her children mean the world to her, she absolutely cherishes them and they have a love for her that is quite obvious to even a stranger. I'm aware of her work with charity and her plans to give more in the future.

This is why I'm writing to you, despite the current case against her, I am so firm in my beliefs in Meghana's quality of character that would stand up for her, by her side. I believe in her, and that she is a kind and beautiful soul. It is my sincerest hope that the court will take my letter about my dear friend Meghana into consideration at the time of sentencing.

Sincerely,

Ben Sharkey

*[signature]*

June 13, 2019

To The Honorable Judge Ungaro,

I am writing this character letter for my dear friend, Meghana Rajadhyaksha. I have been friends with Meghana since 1999, while we were both attending the University of Michigan. We've always stayed in touch throughout the years. I moved to Miami in 2003 while she was living in New York. As I have no family in Miami, I was excited when she told me that she was moving to Miami back in 2009.

Through the years we shared her growing family's updates, milestones and struggles. We celebrated our happy moments and tried to help each other through the challenging ones. She has always wanted the best for me, as I for her. The hardest time in both of our lives was when our fathers were simultaneously fighting cancer and ultimately passed away within 2 months of each other in 2015. Although Meghana was suffering, she remained present and involved through my entire grieving process. Losing my father was the most devastating time of my life (as it was for her) and I attribute a big part of my healing to her unconditional support. In spite of her own vulnerability, she was able to console me and maintain her own strength throughout the process.

Meghana has always been hardworking and determined in all her pursuits; a devoted and dedicated mother to her children, a kind and loyal friend and a loving and supportive wife. Despite three very difficult pregnancies, she somehow still managed to balance her family's needs and remain a loving friend. She has always strived to lead by example and uplift those around her.

Knowing Meghana for 20 years and understanding the values she upholds, this situation is completely out of character. I am doing my best to support her and be there for her through this difficult time, as I know, if roles were reversed, she would be there for me. I hope and pray for her as I know fully she is not a harm to society; if anything she is an active contributor to the betterment of her own community.

Thank you for your time and consideration,


Cristina Ventura
Mobile: 305-924-4233

To The Honorable Judge Ungaro:

I'm writing in reference to the character of my friend, Meghana Rajadhyaksha.

Meghana and I met four years ago through mutual friends, and quickly became acquainted through the Miami philanthropic community. Together, we have served on several philanthropic committees together for organizations such as the Nicklaus Children's Hospital and Women of Tomorrow.

Additionally, I've spent quality family time with Meghana and her wonderful children on a shared trip to Disney World.

Throughout all of our interactions, Meghana has been gracious, civid minded, and honest. She is a devoted and loving mother, and has always been a good friend to me.

Kind regards,
Asha Elias