IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CR-20242-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MEGHANA RAJADHYAKSHA,

    Defendant.
_____/

## DEFENDANT'S WRITTEN OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

| | |
|---|---|
| Prepared for: | The Honorable Ursula Ungaro<br>United States District Judge |
| Prepared by: | Christopher G. Lyons, Esq.<br>2601 South Bayshore Drive, Suite 800<br>Miami, Florida 33133 |
| United States: | Stephanie L. Hauser, AUSA<br>99 NE 4th Street<br>Miami, Florida 33132 |
| Sentencing: | July 25, 2019 at 1:30 p.m. |

Defendant, MEGHANA RAJADHYAKSHA, ("Defendant"), by and through her undersigned counsel, and pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure, hereby files her objection to the Presentence Investigation Report ("PSIR") prepared by the probation office and as grounds therefore states the following:

**I.    INTRODUCTION**

On May 31, 2019, Defendant pled guilty to Counts One (1) through Four (4) of a four-count Information. Counts One (1) through Three (3) charged Defendant with Mail Fraud in

violation of 18 U.S.C. § 1341, and Count Four (4) charged Defendant with Sale of Stolen Goods in violation of 18 U.S.C. § 2315.

Defendant's sole legal objection to the PSIR is the probation office's determination of the amount of restitution that Defendant should be ordered to pay to the victim pursuant to the Mandatory Victims Restitution Act.

## II.     OBJECTION TO PSIR

### A.     Amount of Restitution

The probation office determined that the total amount of restitution that Defendant should be ordered to pay the victim, T.J. Maxx, is $179,334.80. PSIR at ¶'s 30 and 93. The probation office determined this amount of restitution based upon a Declaration of Victim Losses affidavit submitted by a representative of T.J. Maxx, Luke Goldworn. According to Mr. Goldworn's submission, T.J. Maxx seeks restitution in the amount of $179,334.80 as follows: 1) $134,719.22 in merchandise; 2) $9,430.40 for taxes; 3) $699.30 shipping; 4) $689.31 on shipping returns; and 5) $33,796.57 for cost of investigation. PSIR at ¶ 30

Defendant does not dispute that T.J Maxx is entitled to restitution in this matter. However, it is Defendant's position that T.J. Maxx's internal cost of investigation ($33,796.57) is not recoverable under the Mandatory Victims Restitution Act. *See Lagos v. United States*, 138 S. Ct. 1684 (2018).

Defendant respectfully requests the Court sustain her objection to the PSIR and order restitution in the amount of $145,538.23.

Pursuant to Local Rule 88.9, undersigned counsel has conferred with AUSA Stephanie Hauser. At the time of filing Defendant's objection to the PSIR, the United States has not yet indicated its position on the matter.

CASE NO. 19-CR-20242-UNGARO

Respectfully submitted,

**MASE MEBANE & BRIGGS, P.A.**
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080

By: */s/ Christopher G. Lyons*
    CHRISTOPHER G. LYONS
    Florida Bar No.: 985457
    clyons@maselaw.com
    carbleaez@maselaw.com
    filing@maselaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 18, 2019, the foregoing has been electronically filed with the Clerk of Court and served on all parties of record through CM/ECF.

*/s/Christopher G. Lyons*
CHRISTOPHER G. LYONS